# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | 1:08-cv-00983-AWI-WMWM-(HC) |
| Petitioner, | ORDER AUTHORIZING |
| vs. | IN FORMA PAUPERIS STATUS |
| DERREL G. ADAMS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   July 30, 2008**          /s/  **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE