**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ANDREW R. LOPEZ,** | ) | 1:**08-CV-0983 AWI YNP (DLB) HC** |
| Petitioner, | ) | |
| v. | ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY AS UNNECESSARY** |
| **DERREL G. ADAMS,** | ) | |
| Respondent. | ) | |

Petitioner Andrew R. Lopez, a state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 30, 2009, the court granted Respondent's motion to dismiss and dismissed the petition. On October 13, 2009, Petitioner filed a notice of appeal. On November 9, 2009, Petitioner filed a motion for a certificate of appealability.

A certificate of appealability unnecessary in an action brought under 28 U.S.C. § 2254 if the petition arises out of an administrative process rather than a state conviction. See Rosas v. Nielsen, 428 F.3d 1229 (9th Cir. 2005); White v. Lambert, 370 F.3d 1002 (9th Cir.2004). In Rosas v. Nielsen, 428 F.3d 1229, 1231, the Ninth Circuit stated:

> A habeas petitioner must secure a certificate of appealability where 'the detention complained of arises out of process issued by a State court.' 28 U.S.C. § 2253(c)(1)(A). The Ninth Circuit construed this language in White v. Lambert, 370 F.3d 1002 (9th Cir.2004), cert. denied, 543 U.S. 991, 125 S.Ct. 503, 160 L.Ed.2d 379 (2005), to hold that a certificate of appealability 'is not required when

a state prisoner challenges an administrative decision regarding the execution of his sentence.' Id. at 1010. Thus, the district court looks at who made 'the detention decision complained of by the state prisoner,' an administrative body or judicial one, in determining whether a certificate of appealability is required.' Id.

Rosas, 428 F.3d at 1231.

In this case, Petitioner does not challenge the process issued by the State Court, but rather a California Department of Corrections decision regarding credits.   Thus, no certificate of appealability is necessary.

Accordingly, Petitioner's motion for a certificate of appealability is DENIED as no certificate is required.

IT IS SO ORDERED.

**Dated:   November 20, 2009**          /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

2